| | | AT-138/EJ-125 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO: 112975 | **FILED** |
| NAME: Estela O. Pino | | |
| FIRM NAME: Pino & Associates | | FEB 21 2019 |
| STREET ADDRESS: 20 Bicentennial Circle, Suite 200 | | |
| CITY: Sacramento | STATE: CA ZIP CODE: 95826 | CLERK, U.S. DISTRICT COURT |
| TELEPHONE NO: (916)641-2288 | FAX NO: (916) 641-1888 | EASTERN DISTRICT OF CALIFORNIA |
| E-MAIL ADDRESS: epino@epinolaw.com | | BY |
| ATTORNEY FOR (name): Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC | | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 501 I Street,
MAILING ADDRESS: 501 I Street, Room 4-200
CITY AND ZIPCODE: Sacramento, CA 95814
BRANCH NAME: Robert T. Matsui Federal Courthouse

PLAINTIFF: Rachael Leigh Konz

DEFENDANT: Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [x] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person) | 2:19-mc-00007-WBS-KJN |
| [x] Judgment Debtor    [ ] Third Person | |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Rachael Leigh Konz
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: April 18, 2019    Time: 10:00 A.M.    Dept. or Div.: Rm. 25 (8th Floor)

Address of court [x] is shown above [ ] is: in front of United States Magistrate Judge Kendall J. Newman (KJN)

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: Feb 21, 2019

_____
JUDGE

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Original judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Rachael Leigh Konz
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   a. [x] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county and this district or within 150 miles of the place of examination.

7. [x] This court is *not* the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.

Original Judgment entered by the United States District Court for the Southern District of New York: October 18, 2018. Registration of Foreign Judgment with United States District Court for the Eastern District of California: January 15, 2019., SEE 28 U.S.C. § 1963.

8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 21, 2019

Estela O. Pino
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

(Continued on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov

| Information for Judgment Creditor Regarding Service |
|---|
| If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court. |

## IMPORTANT NOTICES ABOUT THE ORDER

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)