| | |
|---|---|
| 1 | ESTELA O. PINO, SBN 112975 |
| 2 | RAMANDEEP K. MAHAL, SBN 309301 |
| | PINO & ASSOCIATES |
| 3 | 20 Bicentennial Circle, Suite 200 |
| | Sacramento, CA 95826 |
| 4 | Telephone: (916) 641-2288 |
| | Facsimile: (916) 641-1888 |
| 5 | |
| 6 | Attorneys for Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC. |
| 7 | Judgment Creditors |

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RACHAEL LEIGH KONZ,<br><br>Petitioner and Respondent,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC AND MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS, LLC,<br><br>Respondents and Cross Petitioners. | Case No. 2:19-mc-00007-WBS-KJN<br><br>**FURTHER ORDER FOR RACHAEL LEIGH KONZ, JUDGMENT DEBTOR, TO APPEAR FOR EXAMINATION**<br><br>Original Hearing Date: April 18, 2019<br>Time: 10:00 A.M.<br>Location: Robert T. Matsui United States Courthouse,<br>Courtroom – 25<br>501 I Street, 8th Floor<br>Sacramento, CA 95814<br><br>Continued Hearing Date: June 6, 2019<br>Time: 10:00 A.M.<br>Location: Robert T. Matsui United States Courthouse,<br>Courtroom – 25<br>501 I Street, 8th Floor<br>Sacramento, CA 95814 |

Pursuant to an Order to Appear For Examination, issued by this Court on February 21, 2019, and entered on the docket on February 21, 2019, Rachael Leigh Konz, Judgment Debtor, was ordered to appear on April 18, 2019, at 10:00 A.M., in courtroom 25 of this Court, the Honorable Kendall J. Newman, presiding.

Rachael Leigh Konz failed to appear at the Examination as ordered by this Court.

Estela O. Pino of Pino & Associates appeared at the Examination for the Judgment Creditors, Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC (hereinafter collectively referred to as the "Judgment Creditors"). Court Reporter, Tom Lange, was also present in Court to record the Examination on behalf of the Judgment Creditors. No other appearances were made.

At the request of the Judgment Creditors and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Examination of Rachael Leigh Konz is continued to June 6, 2019, at 10:00 A.M.; and

2. Rachael Leigh Konz **shall** appear for a judgment debtor examination to furnish information to aid in enforcement of a money judgment against her, on **June 6, 2019, at 10:00 A.M.,** in Courtroom 25 located on the 8th Floor of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814; and

3. The Judgment Creditor, Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney Fa Notes Holdings, LLC, may serve this Order on Rachael Leigh Konz via United States Mail.

**IT IS SO ORDERED.**

Dated: May 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# IMPORTANT NOTICES ABOUT THE ORDER

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR - If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)**

(1) NOTICE TO PERSON SERVED If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows (*describe the property or debt*):

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

NOTICE TO PERSON SERVED If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST. OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office of *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)